UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | CV 17-01094-ODW (JEMx) | Date | October 4, 2017 |
|---|---|---|---|
| Title | *Brett Ullis v. KTLA, LLC, et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**           **In Chambers**

      On September 27, 2017, the mediator filed a Mediation Report indicating that the parties fully settled this action on September 25, 2017. (ECF No. 25.) The Court **ORDERS** Plaintiff to **SHOW CAUSE**, in writing only, no later than **October 10, 2017**, why the parties have not filed a dismissal of this action. No hearing will be held. The Court will discharge this order upon the filing of Plaintiff's response to this Order or a dismissal of this action.

      Failure to timely respond to this Order may result in the dismissal of the action without further warning.

                                                            :    00

                        Initials of Preparer    SE